IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT I. SNYDER,**<br>AIS 121581, | : | |
| | : | |
| Petitioner, | : | |
| vs. | : | CIVIL NO. 12-0057-CG-C |
| | : | |
| **BOBBY BARRETT,** | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 13, 2012, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 3rd day of July, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE